# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | | |
|---|---|---|
| **ADNAN MALIK SHAUKAT,** | ] | |
| | ] | |
| **Petitioner,** | ] | |
| | ] | |
| **v.** | ] | **CIVIL ACTION NO.** |
| | ] | **4:16-CV-1944-KOB** |
| **SCOTT HASSEL, Warden,** | ] | |
| **Etowah County Detention Center,** | ] | |
| | ] | |
| **Respondent.** | ] | |

## <u>MEMORANDUM OPINION</u>

On November 8, 2017, the magistrate judge filed his Report and Recommendation, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be denied and dismissed. (Doc. 8). Petitioner filed objections on November 20, 2017. (Doc. 9). Having now carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation and the objections, and after having confirmed that Petitioner is still in custody, the court finds that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. The court specifically finds that the delay of which Petitioner complains is of his own making as discussed in the Report and Recommendation. Consequently, the petition for writ of *habeas corpus* is due to be DENIED AND DISMISSED WITH PREJUDICE. A separate final judgment will be entered.

**DONE** and **ORDERED** this 31st day of August, 2018.

**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE